UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                  Case No.  04-C-0733

CERTAIN REAL PROPERTY
commonly known as
1208 HOLSTE STREET,
WATERTOWN, WISCONSIN, et al.,

        Defendants.

---

### JUDGMENT OF FORFEITURE

---

THIS CAUSE having come before the Court upon plaintiff's Motion for Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. The United States shall return to the claimant, Arnold Palmer, by and through his attorney, Peter M. Wolff, LAW OFFICES OF PETER M. WOLFF, 18650 West Corporate Drive, Suite 330, Brookfield, Wisconsin 53045, the defendant property, one 2003 Harley Davidson Motorcycle bearing vehicle identification number 1HD1FFW163Y636092, with all appurtenances and attachments thereon;

2. All right, title and interest in the defendant property, approximately $1,003.00 in United States currency, is forfeited to the United States of America.

3. The United States Marshal shall deposit the approximately $1,003.00 in United States currency into the United States Department of Justice's Asset Forfeiture

    Fund for disposition according to law.

4. The claimant, Arnold Palmer, paid to the plaintiff, United States of America, the sum of $40,000.00 in the form of a cashier's check made payable to the United States Marshal Service, to be forfeited to the United States of America in lieu of the defendant property, certain real property commonly known as 1208 Holste Street, Watertown, Wisconsin.

5. All right, title and interest in the $40,000.00 sum received from claimant Arnold Palmer is forfeited to the United States of America.

6. The United States Marshal shall deposit the $40,000.00 sum received from claimant Arnold Palmer into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

7. The United States shall release the lis pendens filed in this action against the defendant real property.

8. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this <u>6th</u> day of <u>September</u>, 2005.

                                                                   s/AARON E. GOODSTEIN
                                                                    United States Magistrate Judge

Judgment entered this <u>6th</u> day of <u>September</u>, 2005.

    SOFRON B. NEDILSKY
    Clerk of Court

By:
    s/ V. Kelly Barton Terry
    V. Kelly Barton Terry
    Deputy Clerk